.JANET F. SONDHEIM, Respondent, *v.* HERBERT SONDHEIM et al.,
Appellants.

First Department, November 17, 1944.

*Jacob Scholer* of counsel (*Milton Kunen* with him on the
brief; *Otto A. Samuels,* attorney), for appellants.

*Louis D. Frohlich* of counsel (*Herbert P. Jacoby* and *Julia
Perles* with him on the brief; *Schwartz & Frohlich,* attorneys),
for respondent.

CALLAHAN, J. In view of the so-called Mexican " divorce "
obtained by the defendant Herbert Sondheim after the entry
of judgment of separation in favor of plaintiff here in the
Supreme Court, New York County, we find that Special Term
properly exercised its discretion in granting a judgment declar-
ing the " divorce " obtained in Mexico null and void, and fur-
ther decreeing that plaintiff is and at all times since the date
of her·marriage has been the lawful wife of the defendant
Herbert Sondheim. We deem, however, that the same degree

of necessity and usefulness does not exist for the second and third decretal paragraphs of the judgment appealed from, and that under the circumstances found here those paragraphs should have been omitted. (*Somberg* v. *Somberg*, 263 N. Y. 1.)

Accordingly, the judgment appealed from should be modified by striking therefrom paragraphs II and III, and as so modified affirmed. The third conclusion of law found in the decision should likewise be stricken out.

MARTIN, P. J., UNTERMYER and COHN, JJ., concur; DORE, J., dissents in part and votes to affirm.

Judgment modified by striking therefrom paragraphs II and III, and as so modified affirmed. The third conclusion of law found in the decision is likewise stricken out. Settle order on notice.